1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9
10
11
12
13
14
15
16

| | |
|---|---|
| HAILEY SEBAHAR, an individual, and CASEY SEBAHAR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; DOES I-XXX; ABC CORPORATIONS A-Z,<br><br>Defendants. | CASE NO: 3:24-cv-00183-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

17    IT IS HEREBY STIPULATED by and between Defendant, STATE FARM FIRE AND

18 CASUALTY COMPANY through its counsel of record, RENEE M. FINCH, ESQ. of MESSNER

19 REEVES LLP, and Plaintiffs HAILEY SEBAHAR and CASEY SEBAHAR, individually and by and

20 through their counsel of record, PATRICK R. LEVERTY, ESQ. of LEVERTY & ASSOCIATES, that

21 all claims against STATE FARM FIRE AND CASUALTY COMPANY, arising out of Case No. 3:24-

22 cv-00183-ART-CLB, be dismissed with prejudice in its entirety, with each of the parties to bear their

23 own attorney's fees and costs.

24 ///

25 ///

26 ///

27 ///

28 ///

1    IT IS FURTHER STIPULATED that no trial is currently scheduled.

2

3    Dated this 26th day of July, 2024.          Dated this 26th day of July, 2024.

4    MESSNER REEVES, LLP                         LEVERTY & ASSOCIATES

5    */s/ Renee M. Finch*                        */s/ Patrick R. Leverty*

6    Renee M. Finch, Esq.                        Patrick R. Leverty, Esq.
     Nevada Bar No. 13118                        Nevada Bar No. 8840
7    8945 W. Russell Rd., Ste. 300               832 Willow Street
     Las Vegas, NV 89148                         Reno, NV 89502
     *Attorneys for Defendant*                   *Attorneys for Plaintiffs*
8

9                                                IT IS SO ORDERED.

10

11

12                                               Anne R. Traum
                                                 United States District Court Judge
13

14                                               DATED: July 29, 2024

15

16

17

18

19

20

21

22

23

24

25

26

27

28